# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN D. IRVIN,
Petitioner,
vs.
CATHERINE CORTEZ MASTO,
ATTORNEY GENERAL OF THE STATE
OF NEVADA; JAMES WRIGHT,
DIRECTOR OF THE NEVADA
DEPARTMENT OF PUBLIC SAFETY;
AND PATRICK SAUNDER,
SUPERVISOR OF DEPARTMENT OF
PUBLIC SAFETY,
Respondents.

No. 69699

FILED

FEB 0 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This pro se original petition for a writ of mandamus or prohibition seeks relief from a decision of the Department of Public Safety denying petitioner's request for reconsideration of his Tier-3 sex offender designation.[1] Petitioner may seek review of the Department's decision by filing a petition for judicial review in the appropriate district court. *See* NRS 233B.130. Because petitioner therefore has an adequate remedy at law, this court's intervention by extraordinary writ is not warranted. *See* NRS 34.170; NRS 34.330: *Kay v. Nunez*, 122 Nev. 1100, 1104-05, 146 P.3d

---

[1]It appears that NRS 179D.700-.770 were applied in this matter because their 2008 repeal as part of A.B. 579 had been the subject of ongoing litigation and various injunctions precluding the State from enforcing A.B. 579. The most recent injunction was imposed by this court in *Does 1-24 v. Eighth Judicial District Court*, Docket No. 64890 (Order, May 23, 2014) (extending injunction pending further order of this court). That writ petition recently was resolved in the State's favor, but it appears that the underlying litigation remains pending in the district court.

16-03767

801, 805 (2006) (explaining that where the Legislature has created a right to petition for judicial review of an administrative decision, such a petition is an adequate and speedy legal remedy). We therefore

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Cherry

_____ J.
Gibbons

cc: Steven D. Irvin
Attorney General/Carson City